Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 23 2016

Caption:

United States v.

Anthony Allen

Docket No.: S4 14-cr-272-05

Judge Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Anthony Allen appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____
(specify)

entered in this action on 3/14/16 (Amended Judgment entered 3/18/16)
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐ | trial ✓ | N/A ☐

Offense occurred after November 1, 1987?  Yes ✓   No ☐   N/A ☐

Date of sentence: March 10, 2016     N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ✓   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Michael S. Schachter

Counsel's Address: Willkie Farr & Gallagher LLP
787 Seventh Avenue, New York, NY 10019

Counsel's Phone: 212-728-8102

Assistant U.S. Attorney: Brian R. Young

AUSA's Address: 1400 New York Avenue, NW
Washington D.C. 20005

AUSA's Phone: 202-616-3114

[Signature]
Signature

## CERTIFICATE OF SERVICE

I, Casey E. Donnelly, hereby certify that a true and correct copy of the foregoing Notice of Appeal was mailed, via Federal Express, this 23rd day of March 2016, to the following counsel of record:

Brian R. Young
Department of Justice, Fraud Division
1400 New York Avenue, NW
Washington D.C. 200005
Tel: 202-616-3114
Email: Brian.Young4@usdoj.gov

Dated: March 23, 2016

By: *Casey E. Donnelly*
Casey E. Donnelly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8775
Fax:    (212) 728-9775
Email: cdonnelly@willkie.com

```
Court Name: District Court
Division: 1
Receipt Number: 465401148940
Cashier ID: Nmorales
Transaction Date: 03/23/2016
Payer Name: WILLKIE FARR AND GALLAGHER

NOTICE OF APPEAL/DOCKETING FEE
For: WILLKIE FARR AND GALLAGHER
Amount:           $505.00

CHECK
Check/Money Order Num: 83
Amt Tendered:     $505.00

Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00

14CR272-05(JSR)
```