Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States v.

Anthony Conti

Docket No.: S4 14-cr-272-05
Judge Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Anthony Conti appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____
(specify)

entered in this action on 3/14/16 (Amended judgment entered 3/18/16).
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✔| Other |___|

Defendant found guilty by plea | | trial |✔| N/A | .

Offense occurred after November 1, 1987?  Yes |✔| No [   N/A [

Date of sentence: March 10, 2016    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✔| N/A |

Appellant is represented by counsel? Yes ✔ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Aaron Williamson |
| Counsel's Address: | 195 Plymouth Street, Floor 5 |
| | Brooklyn, New York 11201 |
| Counsel's Phone: | (718) 737-7264 |
| Assistant U.S. Attorney: | Brian R. Young |
| AUSA's Address: | 1400 New York Avenue, NW |
| | Washington D.C. 20005 |
| AUSA's Phone: | 202-616-3114 |

_____
Signature

## CERTIFICATE OF SERVICE

I, Aaron Williamson, hereby certify that a true and correct copy of the foregoing Notice of Appeal was mailed, via Federal Express, this 28th day of March 2016, to the following counsel of record:

Brian R. Young
Department of Justice, Fraud Division
1400 New York Avenue, NW
Washington D.C. 20005
Tel: 202-616-3114
Email: Brian.Young4@usdoj.gov


Dated: March 28, 2016

TOR EKELAND, P.C.

By: _____

Aaron Williamson
Tor Ekeland
195 Plymouth St, Floor 5
Brooklyn, NY 11201
(718) 737-7264
aaron@torekeland.com

```
Court Name: District Court
Division: 1
Receipt Number: 465401149301
Cashier ID: Noh
Transaction Date: 03/28/2016
Payer Name: TOR EKELAND PC
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ANTHONY CONTI
 Amount:         $505.00
-------------------------------------
CHECK
 Check/Money Order Num: NO
 Amt Tendered: $505.00
-------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

14-CR-272-05
```